IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRANDON EARL FIELDS**                                              **PLAINTIFF**

v.                                              CIVIL ACTION NO. 1:15-cv-241-JCG

**MARSHALL FISHER et al.**                                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment Based on Sovereign and Qualified Immunity, final judgment is hereby entered in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure. All of Plaintiff's claims are dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is dismissed with prejudice. Dismissal of this case counts as a strike pursuant to 28 U.S.C. §1915(g) for the reasons stated in the Memorandum Opinion and Order.

**SO ORDERED** this the 15th day of March, 2017.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE